**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHAWN WOODS,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE CITY OF LOS ANGELES, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. CV 18-174-AG (KK)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 9, 2019

_____
HONORABLE ANDREW J. GUILFORD
United States District Judge